UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:22-cv-01603 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| MARTINI, et al., | |
| Defendants. | |

    Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. By order filed July 25, 2023, plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action. ECF No. 17. The thirty-day period has now expired, and plaintiff has not paid the filing fee or otherwise responded to the order.

    Accordingly, IT IS HEREBY ORDERED this action is dismissed without prejudice.

DATED: September 21, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1